# EXHIBIT 1

**HACH & ROSE, LLP**
BY: Michael A. Rose, Esq.
    Corey Morgenstern, Esq.
***(Pro Hac Vice Pending)***
112 Madison Avenue, 10th Floor
New York, New York 10016
(212)779-0057



**STAMPONE O'BRIEN DILSHEIMER HOLLOWAY**
BY:    Kevin P. O'Brien Esquire
ID NO: 313081
500 Cottman Avenue
Cheltenham, PA 19012
(212) 663 – 0400
Attorneys for Plaintiff

**THIS IS A MAJOR JURY MATTER.**

--------------------------------------------------------------

| | | |
|---|---|---|
| ABDULLAH ALI | : | COURT OF COMMON PLEAS |
| 8607 101 Street, #1R | : | PHILADELPHIA COUNTY |
| Richmond Hill Jamaica Queens, NY 11418 | : | |
| | : | JUNE TERM, 2025 |
| VS. | : | |
| | : | NO. |
| SYMERE BYSIL WOODS a/k/a "LIL UZI VERT" | : | |
| 905 Princeton Avenue | : | |
| Philadelphia, PA 19111 | : | |
| | : | |
| AND | : | |
| | : | |
| UZIVERT LLC | : | |
| c/o eResidentAgent, Inc. | : | |
| 900 Old Roswell Lakes Pkwy., Suite 310 | : | |
| Roswell, GA 30076 | : | |
| And | : | |
| 545 Fifth Avenue, Suite 1103 | : | |
| New York, NY 10017 | : | |
| | : | |
| AND | : | |
| | : | |
| JOHN DOE 1-10 (fictitious names of | : | |
| individuals) | : | |
| 123 Main Street | : | |
| Anywhere, PA 19000 | : | |

Case ID: 250603172

# NOTICE TO DEFEND

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance person-ally or by attorney and filing in writing with the court your defense objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.

Philadelphia Bar Association
Lawyer Referral
and Information Service
One Reading Center
Philadelphia, PA  19107
(215) 238-1701

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea a visado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede pere dinero o sus propiedades u otros derechos importantes para usted.

Lleva esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.

Asociacion de Licenciados
de Filadelfia
Servicio de Referencia e
Informacion Legal
One Reading Center
Filadelfia, PA  19107
(215) 238-1701

Case ID: 250603172

**HACH & ROSE, LLP**
BY:  Michael A. Rose, Esq.
     Corey Morgenstern, Esq.
***(Pro Hac Vice Pending)***
112 Madison Avenue, 10th Floor
New York, New York 10016
(212)779-0057

**STAMPONE O'BRIEN DILSHEIMER HOLLOWAY**
BY:    Kevin P. O'Brien Esquire
ID NO: 313081
500 Cottman Avenue
Cheltenham, PA 19012
(212) 663 – 0400
Attorneys for Plaintiff

**THIS IS A MAJOR JURY MATTER.**

-------------------------------------------------------------

| | | |
|---|---|---|
| ABDULLAH ALI | : | COURT OF COMMON PLEAS |
| 8607 101 Street, #1R | : | PHILADELPHIA COUNTY |
| Richmond Hill Jamaica Queens, NY 11418 | : | |
| | : | JUNE TERM, 2025 |
| VS. | : | |
| | : | NO. |
| SYMERE BYSIL WOODS a/k/a "LIL UZI VERT" | : | |
| 905 Princeton Avenue | : | |
| Philadelphia, PA 19111 | : | |
| | : | |
| AND | : | |
| | : | |
| UZIVERT LLC | : | |
| c/o eResidentAgent, Inc. | : | |
| 900 Old Roswell Lakes Pkwy., Suite 310 | : | |
| Roswell, GA 30076 | : | |
| And | : | |
| 545 Fifth Avenue, Suite 1103 | : | |
| New York, NY 10017 | : | |
| | : | |
| AND | : | |
| | : | |
| JOHN DOE 1-10 (fictitious names of | : | |
| individuals) | : | |
| 123 Main Street | : | |
| Anywhere, PA 19000 | : | |

## PLAINTIFF'S COMPLAINT

Case ID: 250603172

1.      Plaintiff, ABDULLAH ALI, is an adult individual and citizen of the County of New York, State of New York.

2.      Defendant SYMERE BASIL WOODS a/k/a "Lil Uzi Vert" is an adult individual and citizen of the Commonwealth of Pennsylvania.

3.      Defendant UZIVERT LLC  is alleged and therefore averred to be a corporation, partnership and/or other business entity licensed to transact business in the Commonwealth of Pennsylvania, with a registered address c/o eResidentAgent, Inc.,  900 Old Roswell Lakes Parkway, Suite 310, Roswell, GA 30076 and a principal office address of 545 Fifth Avenue, Suite 1103, New York, NY 10017.

4.      The above referenced defendants will herein be described as the "Woods Defendants".

5.      Defendant JOHN DOE 1 (fictitious name) is an individual who was apart of the assault whose actual name are unknown to the Plaintiff after reasonable investigation of same pursuant to 231 Pa.R.Civ.P. No. 2005.

6.      Defendant JOHN DOE 2 (fictitious name) is an individual who was apart of the assault whose actual name are unknown to the Plaintiff after reasonable investigation of same pursuant to 231 Pa.R.Civ.P. No. 2005.

7.      Defendant JOHN DOE 3 (fictitious name) is an individual who was apart of the assault whose actual name are unknown to the Plaintiff after reasonable investigation of same pursuant to 231 Pa.R.Civ.P. No. 2005.

8.      Defendant JOHN DOE 4 (fictitious name) is an individual who was apart of the assault whose actual name are unknown to the Plaintiff after reasonable investigation of same pursuant to 231 Pa.R.Civ.P. No. 2005.

Case ID: 250603172

9.     Defendant JOHN DOE 5 (fictitious name) is an individual who was apart of the assault whose actual name are unknown to the Plaintiff after reasonable investigation of same pursuant to 231 Pa.R.Civ.P. No. 2005.

10.    Defendant JOHN DOE 6 (fictitious name) is an individual who was apart of the assault whose actual name are unknown to the Plaintiff after reasonable investigation of same pursuant to 231 Pa.R.Civ.P. No. 2005.

11.    Defendant JOHN DOE 7 (fictitious name) is an individual who was apart of the assault whose actual name are unknown to the Plaintiff after reasonable investigation of same pursuant to 231 Pa.R.Civ.P. No. 2005.

12.    Defendant JOHN DOE 8 (fictitious name) is an individual who was apart of the assault whose actual name are unknown to the Plaintiff after reasonable investigation of same pursuant to 231 Pa.R.Civ.P. No. 2005.

13.    Defendant JOHN DOE 9 (fictitious name) is an individual who was apart of the assault whose actual name are unknown to the Plaintiff after reasonable investigation of same pursuant to 231 Pa.R.Civ.P. No. 2005.

14.    Defendant JOHN DOE 10 (fictitious name) is an individual who was apart of the assault whose actual name are unknown to the Plaintiff after reasonable investigation of same pursuant to 231 Pa.R.Civ.P. No. 2005.

15.    Venue is proper in Philadelphia County as Defendant SYMERE BYSIL WOODS has their residence in Philadelphia County and can be served in Philadelphia County.

<u>**FACTS COMMON TO ALL COUNTS**</u>

16.    On or about June 27, 2023, Plaintiff ABDULLAH ALI, was lawfully present on Park Avenue South between E. 29th Street and E. 30th Street, at or near the front of the Verizon

Case ID: 250603172

Store located at 424 Park Ave South, New York, New York. A photo of the subject location is annexed hereto as **Exhibit A.**

17.     On June 27, 2023, and at all times mentioned herein, Defendants, SYMERE BYSIL WOODS a/k/a "LIL UZI VERT", UZIVERT LLC, and JOHN DOE 1-10, names being fictitious as unknown at this time, were lawfully present at the aforesaid location.

18.     On June 27, 2023, Plaintiff, ABDULLAH ALI, was observing a Rolls Royce vehicle that was parked in a MONEY TEAM LLC labeled trailer at or near the aforesaid location. Annexed hereto as **Exhibit A** is a photo of the aforementioned trailer labeled "TMT The Money Team". Annexed hereto as **Exhibit B** is a photo of the aforementioned Rolls Royce.

19.     Upon information and belief, employees, agents, servants, representatives of UZIVERT LLC  and JOHN DOE 1-10 were retrieving the aforementioned vehicle for SYMERE BYSIL WOODS a/k/a, "LIL UZI VERT" to use for the entrance to his "Pink Prom" event later that evening in New York City.

20.     Upon information and belief, the "Pink Prom" event was to promote the launch of SYMERE BYSIL WOODS a/k/a, "LIL UZI VERT" "Pink Tape" album.

21.     On or about June 27, 2023, Defendant UZIVERT LLC was the owner of the aforementioned Rolls Royce Vehicle bearing Pennsylvania license plate number KYF3349.

22.     On or about June 27, 2023, Defendant UZIVERT LLC was the registrant of the aforementioned Rolls Royce Vehicle.

23.     On or about June 27, 2023, Defendant UZIVERT LLC controlled the aforementioned Rolls Royce Vehicle.

24.     On or about June 27, 2023, Defendant UZIVERT LLC was the lessor of the aforementioned Rolls Royce Vehicle.

Case ID: 250603172

25.     On or about June 27, 2023, Defendant UZIVERT LLC was the lessee of the aforementioned Rolls Royce Vehicle.

26.     On or about June 27, 2023, a verbal exchange ensued between Plaintiff and Defendants at the aforesaid location.

27.     On June 27, 2023, Defendants, UZIVERT LLC, SYMERE BYSIL WOODS, and JOHN DOES 1-6, approached Plaintiff, ABDULLAH ALI, in a harmful and offensive manner.

28.     Immediately thereafter, Plaintiff, ABDULLAH ALI, was taken to the ground by Defendants, UZIVERT LLC, SYMERE BYSIL WOODS, and JOHN DOE 1-10, who proceeded to intentionally punch and kick the plaintiff.

29.     Upon information and belief, later that night on June 27, 2023, SYMERE BYSIL WOODS a/k/a, "LIL UZI VERT" was seen exiting the aforementioned vehicle for his "Pink Prom" event located at 17 Irving Plaza, New York, New York, 10003.

30.     At all times relevant hereto, Defendants owed, undertook and/or assumed the duty to use reasonable care to restrain themselves from conducting themselves in a vicious manner so as to create an unreasonable risk of harm to Plaintiff, and other similarly situated.

31.     As a result of the aforementioned incident, Plaintiff Abdullah Ali sustained injuries which were serious severe, and permanent in nature, including but not limited to his head, torso, and lower body, which Plaintiff suffers and will continue to suffer on a permanent basis indefinitely into the future.

32.     As a further result of the aforesaid incidents, Plaintiff Abdullah Ali have been obliged to receive and undergo medical attention and care, including rehabilitation, hospitalization, and surgical intervention. The plaintiff will continue to incur various and diverse medical bills and expenses associated with their medical treatment, including future surgeries, to treat and cure

Case ID: 250603172

themselves of their injuries, all of which the Plaintiff will continue to expend and incur for an indefinite amount of time into the future.

33.     As a result of the aforesaid accident, Plaintiff Abdullah Ali has suffered severe physical pain and trauma, mental upset and anguish and humiliation, and may continue to suffer the same for an indefinite time into the future on a permanent basis.

34.     As a result of the aforementioned incident, the Plaintiff Abdullah Ali has suffered a diminution in their ability to enjoy life and life's pleasures and has been unable to attend to their usual and customary duties, all of which may continue indefinitely into the future.

**COUNT I**
**ABDULLAH ALI V. JOHN DOE 1-10**
**<u>ASSAULT AND BATTERY</u>**

35.     Plaintiff incorporates by reference each and every allegation set forth in the preceding paragraphs as if set forth herein at length.

36.     By the conduct set forth above, by assaulting and battering the Plaintiff, Defendants, each individually, and jointly and/or severally, caused and intended to cause harmful and offensive contact with the body of Plaintiff or placing the Plaintiff in reasonable apprehension and fear of immediate harmful or offensive contact or tough – i.e. the fear of being hit repeatedly – same constituting assault and battery.

37.     It was the combined actions of Defendants JOHN DOE 1-10 which caused the Plaintiff's injuries, which wrongful, combined actions of the Defendants occurred concurrently and which the Plaintiff would not have suffered harm from the assault and battery which resulted in his injuries were it not for the combined, concurrent actions of the Defendants JOHN DOE 1-10.

Case ID: 250603172

38.    By the conduct set forth above, Defendants, each individually and jointly and/or severally, caused and intended to cause Plaintiff immediate and harmful injury.

39.    As a direct and proximate result of the aforementioned conduct, Plaintiff suffered physical injury and pain, emotional distress, humiliation, mental and physical pain and anguish as well as economic and such other losses as will be established at trial.

WHEREFORE, Plaintiff Abdullah Ali demands judgment against Defendants, JOHN DOE 1-10, jointly and/or severally, in an amount in excess of Fifty Thousand ($50,000) Dollars in compensatory damages, punitive damages costs and such other further relief the court shall deem appropriate.

## COUNT II
## ABDULLAH ALI V. JOHN DOE 1-10
## NEGLIGENCE

40.    Plaintiff incorporates herein by reference the averments of the preceding paragraphs of the Complaint as though fully set forth herein at length.

41.    At all times relevant hereto Defendants John Doe 1-10 were working in the course and scope of their employment and/or agency/ ostensible agency relationship, and on behalf of and at the control and direction of Defendant SYMERE BASIL WOODS and UZIVERT LLC who is responsible for his actions and/or inactions under the doctrines of respondeat superior and/or vicarious liability.

42.    The injuries, damages and losses sustained by Plaintiff Abdullah Ali were caused by the negligence, carelessness, and recklessness of Defendants John Doe 1-10 in the following particular respects:

a.    Failure to practice restraint in conducting themselves in a vicious manner so as to create an unreasonable risk of harm to the Plaintiff;

9

Case ID: 250603172

b.  Failure to exercise ordinary care to avoid injuring others;

c.  Creating a dangerous condition.

43.    As a direct and proximate result of the negligence, carelessness and wanton, deliberate and reckless conduct of Defendants JOHN DOE 1-10, Plaintiff Abdullah Ali was caused to suffer the injuries and losses described herein for which plaintiff seeks compensatory and punitive damages.

WHEREFORE, Plaintiff Abdullah Ali demands judgment against Defendants, JOHN DOE 1-10, jointly and/or severally, in an amount in excess of Fifty Thousand ($50,000) Dollars in compensatory damages, punitive damages costs and such other further relief the court shall deem appropriate.

**COUNT III**
**ABDULLAH ALI V. JOHN DOE 1-10**
**CIVIL CONSPIRACY**

44.    Plaintiffs incorporate by reference the preceding paragraphs, as if they are the same were set forth herein at length

45.    While approaching the Plaintiff, John Doe 1-10 combined in their actions with the intent to conduct the unlawful assault and battery of the Plaintiff as set forth more fully at length above.

46.    It is clear that Defendants acted with malice, or an intent to injury the Plaintiff despite the Plaintiff clearly not posing any threat whatsoever to the Defendants which would justify the use 0of force.

47.    It is further clear that the Defendants acted with malice, or an intent to injure the Plaintiff, as when all defendants brought Plaintiff to the ground, they began to intentional punch and kick the Plaintiff.

10

Case ID: 250603172

48.     It was the combined actions of the Defendants John Doe 1-10, acting for the common purpose of committing an assault and battery against the Plaintiff, which were the actual and proximate cause of the Plaintiff's injuries.

WHEREFORE, Plaintiff Abdullah Ali demands judgment against Defendants, JOHN DOE 1-10, jointly and/or severally, in an amount in excess of Fifty Thousand ($50,000) Dollars in compensatory damages, punitive damages costs and such other further relief the court shall deem appropriate.

## COUNT IV
## ABDULLAH ALI V. UZIVERT LLC AND SYMERE BYSIL WOODS
## VICARIOUS LIABILITY

49.     Plaintiffs incorporate by reference the preceding paragraphs, as if they are the same were set forth herein at length.

50.     At all times relevant hereto Defendants John Doe 1-10 were the employees, agents, ostensible agents, workmen, servants and/or independent contractor of the Woods Defendants.

51.     The above-described acts of Defendants John Doe 1-10 were committed within the scope of their employment with one or more of the Woods Defendants.

52.     As Defendants John Doe 1-10 employer, the Woods Defendants are responsible for all of the negligent acts committed by Defendants John Doe 1-10 within the scope of their employment/agency.

53.     The negligent, careless and/or reckless conduct of the Woods Defendants, as set forth herein was a factual cause of the injuries and damages to the Plaintiffs, and the expenses incurred as set forth above.

Case ID: 250603172

WHEREFORE, Plaintiff Abdullah Ali demands judgment against the Woods Defendants, jointly and/or severally in an amount in excess of Fifty Thousand ($50,000) Dollars in compensatory damages, including punitive damages, costs and such other further relief the court shall deem appropriate.

Respectfully submitted,

**STAMPONE O'BRIEN DILSHEIMER HOLLOWAY**

BY:    */s/ Kevin P. O'Brien*
       Kevin P. O'Brien, Esquire
       Attorney for Plaintiff

BY:    */s/ Michael A. Rose*

BY:    */s/ Corey Morgenstern*
       Michael A. Rose, Esq.
       Corey Morgenstern, Esq.
       ***(Pro Hac Vice Pending)***
       HACH & ROSE, LLP
       Attorney for Plaintiff
       112 Madison Avenue, 10th Floor
       New York, New York 10016
       T.212.779.0057
       F.212.779.0028

Case ID: 250603172

## **VERIFICATION**

KEVIN P. O'BRIEN, ESQUIRE, states that he is the attorney for the Plaintiff herein, that he is acquainted with the facts set forth in the foregoing pleading, that the same are true and correct to the best of his information, knowledge and belief and that this statement is made subject to the penalties of 18 Pa.C.S.A., Section 4904, relating to unsworn falsification to authorities.

/s/ Kevin P. O'Brien
KEVIN P. O'BRIEN, ESQUIRE
Attorney for Plaintiff

13

Case ID: 250603172

*EXHIBIT "A"*

Case ID: 250603172



Case ID: 250603172

# EXHIBIT "B"

Case ID: 250603172



Case ID: 250603172